| | |
|---|---|
| Hooksett Sewer Commission Wastewater Treatment Facility, | |
| Petitioner, | No. 26-1196 |
| v. | |
| United States Environmental Protection Agency, | |
| Respondent. | |

**JOINT MOTION TO HOLD CASE IN ABEYANCE**

Respondent, the United States Environmental Protection Agency, and Petitioner, Hooksett Sewer Commission, jointly submit this motion to suspend the briefing schedule and hold this case in abeyance for 60 days, with motions to govern due by June 29, 2026. In support of the motion, the parties state as follows:

1. On November 3, 2025, EPA Region 1 issued a Clean Water Act National Pollutant Discharge Elimination System general permit for the discharge of wastewater from medium-sized wastewater treatment facilities in New Hampshire, entitled, "New Hampshire Medium Wastewater Treatment Facility General Permit."

2. On February 2, 2026, Hooksett Sewer Commission filed this petition for review challenging the general permit. Doc. No. 118408646.

1

3. EPA filed a certified index to the administrative record on April 6, 2026. Doc. 118427487.

4. On April 20, 2026, the parties met and conferred to discuss options for resolving the issues in this petition without the need for briefing or judicial review. The parties intend to continue these discussions.

5. On April 22, 2026, the Court issued a briefing schedule under which Hooksett Sewer Commission's opening brief and the appendix are due June 1, 2026, and EPA's response brief is due 30 days later. Doc. No. 2148217.

6. There is good cause for this request. The parties believe that continued discussions could result in resolution of the issues and conserve party and judicial resources. Because the parties prefer to focus their resources on exploring a potential resolution outside of litigation, and no party would be prejudiced by the requested abeyance, the parties respectfully request that the Court suspend the briefing schedule and hold this case in abeyance for 60 days, with motions to govern due by June 29, 2026.

Dated: April 28, 2026                    Respectfully submitted,

                                         s/ *Cameron Hinojos*
OF COUNSEL:                              Cameron Hinojos
Michael Knapp                            U.S. Department of Justice
Office of Regional Counsel               Environmental Defense Section
U.S. Environmental Protection            P.O. Box 7611
Agency                                   Washington, D.C. 20044
                                         (202) 305-5884 (phone)

Simma Kupchan
Office of General Counsel
U.S. Environmental Protection
Agency

(202) 514-8865 (fax)
email: cameron.hinojos@usdoj.gov

*Counsel for Respondent*


s/ *Robert R. Lucic*
Robert R. Lucic, Bar No. 24338
Nicolas H.U. Harris, Bar No. 1223339
SHEEHAN PHINNEY BASS & GREEN PA
1000 Elm Street, P.O. Box 3701
Manchester, NH 03105-3701
(603) 627-8188
(603) 627-8237
rlucic@sheehan.com
nharris@sheehan.com

*Counsel for Petitioner*

**CERTIFICATE OF COMPLIANCE**

This document complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), this document contains 289 words.

This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

DATED: April 28, 2026

*/s/ Cameron Hinojos*
Cameron Hinojos

*Counsel for Respondent*

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will electronically serve all attorneys of record, who are required to have registered with the Court's CM/ECF system.

Date: April 28, 2026

/s/ *Cameron Hinojos*
Cameron Hinojos
*Counsel for Respondent*