# United States Court of Appeals
## For the First Circuit

No. 26-1196

HOOKSETT SEWER COMMISSION, WASTEWATER TREATMENT FACILITY,

Petitioner,

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY,

Respondent.

### ORDER OF COURT

Entered: May 4, 2026
Pursuant to 1st Cir. R. 27.0(d)

The parties' joint motion to hold briefing in abeyance pending ongoing settlement efforts. The parties are directed to file a joint status report by **July 6, 2026**, and at 30-day intervals thereafter, advising of the outcome of the settlement efforts.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Robert R. Lucic
Nicolas Harris
U.S. Environmental Protection Agency
Cameron Hinojos